UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Otis Mays, Sienemah Gaye, M. Montgomery, Marlon M. Windborn, Tyice Phillips, Justin Lindsey, and Clifton Walker, | Case No. 21-cv-2078 (WMW/LIB) |
| Plaintiffs, | **ORDER ADOPTING REPORTS AND RECOMMENDATIONS** |
| v. | |
| Sherburne County Jail, | |
| Defendant. | |

---

This matter is before the Court on three Reports and Recommendations (R&Rs) by United States Magistrate Judge Leo I. Brisbois dated November 30, 2021; January 14, 2022; and February 25, 2022.  (Dkts. 15, 22, 24.)  Because no timely objections to the R&Rs have been filed, the Court reviews the R&Rs for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Having reviewed the R&Rs, the Court finds no clear error.

Based on the R&Rs, the foregoing analysis, and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The November 30, 2021 R&R, (Dkt. 15), is **ADOPTED**.

2. The January 14, 2022 R&R, (Dkt. 22), is **ADOPTED**.

3. The February 25, 2022 R&R, (Dkt. 24), is **ADOPTED**.

4. This matter is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b), Fed. R. Civ. P., for failure to prosecute.

5.  Plaintiffs' applications to proceed *in forma pauperis*, (Dkts. 11, 12, 13, and 14), are **DENIED AS MOOT**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  April 26, 2022                                              s/Wilhelmina M. Wright
                                                                    Wilhelmina M. Wright
                                                                    United States District Judge